**No. 61281.**—Jonas & Naumberg Corp. *v.* United States, protest 293987–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of undressed blown rabbit fur, the claim of the plaintiff was sustained.